**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No.: 9:19-cv-80820-RLR

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

Plaintiff,

vs.

SIGNATURE PROPERTIES OF THE PALM
BEACHES, LLC and CLAYTON G.
HAVILAND,

Defendants.
_____/

**DEFENDANTS' SIGNATURE PROPERTIES OF THE PALM BEACHES, LLC and**
**CLAYTON G. HAVILAND ANSWER AND AFFIRMATIVE DEFENSES**

COME NOW, Defendants, SIGNATURE PROPERTIES OF THE PALM BEACHES,

LLC, and CLAYTON G. HAVILAND, (collectively "Defendants"), by and through their

undersigned counsel and pursuant to Fed. R. Civ. P. 8 (b), file their answer and affirmative

defenses to Plaintiff, AFFORDABLE AERIAL PHOTOGRAPHY, INC.'s (hereinafter

"Plaintiff") Amended Complaint (D.E. 35) as follows:

**NATURE OF THE ACTION**

1.      Admitted that Plaintiff purports to allege claims for copyright infringement and

alteration of copyright management information but denied that plaintiff has stated such claims.

2.      Without sufficient information or knowledge to form a belief as to the truth of the

averments, and therefore Defendants deny this allegation.

3.      Admitted.

4.      Denied and Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 2

5.     Denied and Defendants hereby demand strict proof thereof.

6.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

## JURISDICTION AND VENUE

7.     Admitted for jurisdictional purposes only.

8.     Admitted for jurisdictional purposes only, Defendants deny the remainder.

9.     Admitted for jurisdictional purposes only, Defendants deny the remainder.

10.     Admitted for jurisdictional purposes only, Defendants deny the remainder.

## PARTIES

11.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

12.     Admitted.

13.     Admitted.

## THE COPYRIGHTED WORKS AT ISSUE

### 119 Spinnaker Lane

14.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

15.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

16.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

### 11147 Old Harbour Rd. and Admirals Cove Entrance

17.     Without sufficient information or knowledge to form a belief as to the truth of the

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 3

averments, and therefore Defendants deny this allegation.

18.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

19.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

20.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

21.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

### Admirals Cove Marina

22.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

23.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

### 146 Spyglass Ln.

24.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

25.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

26.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

### 11703 San Sovino Ct

27.     Without sufficient information or knowledge to form a belief as to the truth of the

averments, and therefore Defendants deny this allegation.

28.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

29.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

## FACTUAL BACKGROUND

30.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

31.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

32.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

33.     Denied and Defendants hereby demand strict proof thereof.

34.     Defendants admit only that Ms. Judi Collins is licensed by the Florida DBPR, otherwise, denied and Defendants hereby demand strict proof thereof.

35.     Defendants admit only that Ms. Karen Peksa is licensed by the Florida DBPR, otherwise, denied and Defendants hereby demand strict proof thereof.

36.     Denied and Defendants hereby demand strict proof thereof.[1]

37.     Denied and Defendants hereby demand strict proof thereof.

38.     Denied and Defendants hereby demand strict proof thereof.

39.     Without sufficient information or knowledge to form a belief as to the truth of the

---

[1] Ms. Judi Collins ("Collins"), is continually referred to as Defendants' agent throughout the Complaint. Defendants vehemently deny that Collins was ever "employed" by Defendants or that Collins ever acted in any capacity as an express or apparent "agent" of Defendants. This denial is applicable to each such instance whereby Plaintiff refers to Collins as an "employee" or "agent of Defendants.

averments, and therefore Defendants deny this allegation.

40.    Denied and Defendants hereby demand strict proof thereof.

41.    Denied and Defendants hereby demand strict proof thereof.

42.    Denied and Defendants hereby demand strict proof thereof.

43.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

44.    Denied and Defendants hereby demand strict proof thereof.

45.    Denied and Defendants hereby demand strict proof thereof.

46.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

47.    Denied and Defendants hereby demand strict proof thereof.

48.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

49.    Denied and Defendants hereby demand strict proof thereof.

50.    Denied and Defendants hereby demand strict proof thereof.

51.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

52.    Denied and Defendants hereby demand strict proof thereof.[2]

53.    Denied and Defendants hereby demand strict proof thereof.

54.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

---

[2] Ms. Karen Peksa ("Peksa"), is continually referred to as Defendants' agent throughout the Complaint. Defendants vehemently deny that Peksa was ever "employed" by Defendants or that Peksa ever acted in any capacity as an express or apparent "agent" of Defendants. This denial is applicable to each such instance whereby Plaintiff refers to Peksa as an "employee" or "agent of Defendants.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 6

55.     Denied and Defendants hereby demand strict proof thereof.

56.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

57.     Denied and Defendants hereby demand strict proof thereof.

58.     Denied and Defendants hereby demand strict proof thereof.

### DEFENDANTS' ACTIONS POST NOTICE

59.     Admitted that these Defendants received a correspondence from Plaintiff, though the contents, scope, nature, and date of the same are unknown at this time.

60.     Denied and Defendants hereby demand strict proof thereof.

61.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

62.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

63.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

64.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

65.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

66.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

67.     Denied and Defendants hereby demand strict proof thereof.

68.     Denied and Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 7

69.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

## COUNT I
## COPYRIGHT INFRINGEMENT OF VA 2-100-903
## (17 U.S.C. §501)

70.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

71.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

72.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

73.     Denied and Defendants hereby demand strict proof thereof.

74.     Denied and Defendants hereby demand strict proof thereof.

75.     Denied and Defendants hereby demand strict proof thereof.

76.     Denied and Defendants hereby demand strict proof thereof.

77.     Denied and Defendants hereby demand strict proof thereof.

78.     Denied and Defendants hereby demand strict proof thereof.

## COUNT II
## COPYRIGHT INFRINGEMENT OF VA 1-967-114
## (17 U.S.C. §501)

79.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

80.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

81.     Without sufficient information or knowledge to form a belief as to the truth of the

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 8

averments, and therefore Defendants deny this allegation.

82.    Denied and Defendants hereby demand strict proof thereof.

83.    Denied and Defendants hereby demand strict proof thereof.

84.    Denied and Defendants hereby demand strict proof thereof.

85.    Denied and Defendants hereby demand strict proof thereof.

86.    Denied and Defendants hereby demand strict proof thereof.

87.    Denied and Defendants hereby demand strict proof thereof.

**COUNT III**
**COPYRIGHT INFRINGEMENT OF VA 1-947-095**
**(17 U.S.C. §501)**

88.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

89.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

90.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

91.    Denied and Defendants hereby demand strict proof thereof.

92.    Denied and Defendants hereby demand strict proof thereof.

93.    Denied and Defendants hereby demand strict proof thereof.

94.    Denied and Defendants hereby demand strict proof thereof.

95.    Denied and Defendants hereby demand strict proof thereof.

96.    Denied and Defendants hereby demand strict proof thereof.

**COUNT IV**
**COPYRIGHT INFRINGEMENT OF VA 2-140-307**
**(17 U.S.C. §501)**

97.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

98.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

99.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

100.    Denied and Defendants hereby demand strict proof thereof.

101.    Denied and Defendants hereby demand strict proof thereof.

102.    Denied and Defendants hereby demand strict proof thereof.

103.    Denied and Defendants hereby demand strict proof thereof.

104.    Denied and Defendants hereby demand strict proof thereof.

105.    Denied and Defendants hereby demand strict proof thereof.

**COUNT V**
**COPYRIGHT INFRINGEMENT OF VA 2-140-225**
**(17 U.S.C. §501)**

106.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

107.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

108.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore Defendants deny this allegation.

109.    Denied and Defendants hereby demand strict proof thereof.

110.    Denied and Defendants hereby demand strict proof thereof.

111.    Denied and Defendants hereby demand strict proof thereof.

112.    Denied and Defendants hereby demand strict proof thereof.

113.    Denied and Defendants hereby demand strict proof thereof.

114.    Denied and Defendants hereby demand strict proof thereof.

## COUNT VI
## ALTERATION AND CONCEALMENT OF CMI ON "012" (VA 2-100-903)
## (17 U.S.C. §1202(b))

115.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

116.    Denied and Defendants hereby demand strict proof thereof.

117.    Denied and Defendants hereby demand strict proof thereof.

118.    Denied and Defendants hereby demand strict proof thereof.

## COUNT VII
## ALTERATION AND CONCEALMENT OF CMI ON "019" (VA 2-100-903)
## (17 U.S.C. §1202(b))

119.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

120.    Denied and Defendants hereby demand strict proof thereof.

121.    Denied and Defendants hereby demand strict proof thereof.

122.    Denied and Defendants hereby demand strict proof thereof.

## COUNT VIII
## ALTERATION AND CONCEALMENT OF CMI ON "021b copy" (VA 2-100-903)
## (17 U.S.C. §1202(b))

123.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

124.    Denied and Defendants hereby demand strict proof thereof.

125.    Denied and Defendants hereby demand strict proof thereof.

126.     Denied and Defendants hereby demand strict proof thereof.

## COUNT IX
## ALTERATION AND CONCEALMENT OF CMI ON "026" (VA 2-100-903)
## (17 U.S.C. §1202(b))

127.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

128.     Denied and Defendants hereby demand strict proof thereof.

129.     Denied and Defendants hereby demand strict proof thereof.

130.     Denied and Defendants hereby demand strict proof thereof.

## COUNT X
## ALTERATION AND CONCEALMENT OF CMI ON "027" (VA 2-100-903)
## (17 U.S.C. §1202(b))

131.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

132.     Denied and Defendants hereby demand strict proof thereof.

133.     Denied and Defendants hereby demand strict proof thereof.

134.     Denied and Defendants hereby demand strict proof thereof.

## COUNT XI
## ALTERATION AND CONCEALMENT OF CMI ON "028" (VA 2-100-903)
## (17 U.S.C. §1202(b))

135.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

136.     Denied and Defendants hereby demand strict proof thereof.

137.     Denied and Defendants hereby demand strict proof thereof.

138.     Denied and Defendants hereby demand strict proof thereof.

## COUNT XII
## ALTERATION AND CONCEALMENT OF CMI ON "030" (VA 2-100-903)
## (17 U.S.C. §1202(b))

139.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

140.     Denied and Defendants hereby demand strict proof thereof.

141.     Denied and Defendants hereby demand strict proof thereof.

142.     Denied and Defendants hereby demand strict proof thereof.

## COUNT XIII
## ALTERATION AND CONCEALMENT OF CMI ON "031" (VA 2-100-903)
## (17 U.S.C. §1202(b))

143.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

144.     Denied and Defendants hereby demand strict proof thereof.

145.     Denied and Defendants hereby demand strict proof thereof.

146.     Denied and Defendants hereby demand strict proof thereof.

## COUNT XIV
## ALTERATION AND CONCEALMENT OF CMI ON "032" (VA 2-100-903)
## (17 U.S.C. §1202(b))

147.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

148.     Denied and Defendants hereby demand strict proof thereof.

149.     Denied and Defendants hereby demand strict proof thereof.

150.     Denied and Defendants hereby demand strict proof thereof.

## COUNT XV
## ALTERATION AND CONCEALMENT OF CMI ON "035" (VA 2-100-903)
## (17 U.S.C. §1202(b))

151.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

152.    Denied and Defendants hereby demand strict proof thereof.

153.    Denied and Defendants hereby demand strict proof thereof.

154.    Denied and Defendants hereby demand strict proof thereof.

## COUNT XVI
## ALTERATION AND CONCEALMENT OF CMI ON "036" (VA 2-100-903)
## (17 U.S.C. §1202(b))

155.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

156.    Denied and Defendants hereby demand strict proof thereof.

157.    Denied and Defendants hereby demand strict proof thereof.

158.    Denied and Defendants hereby demand strict proof thereof.

## COUNT XVII
## ALTERATION AND CONCEALMENT OF CMI ON "050" (VA 2-100-903)
## (17 U.S.C. §1202(b))

159.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

160.    Denied and Defendants hereby demand strict proof thereof.

161.    Denied and Defendants hereby demand strict proof thereof.

162.    Denied and Defendants hereby demand strict proof thereof.

## COUNT XVIII
## ALTERATION AND CONCEALMENT OF CMI ON "055" (VA 2-100-903)
## (17 U.S.C. §1202(b))

163.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

164.     Denied and Defendants hereby demand strict proof thereof.

165.     Denied and Defendants hereby demand strict proof thereof.

166.     Denied and Defendants hereby demand strict proof thereof.

## COUNT XIX
## ALTERATION AND CONCEALMENT OF CMI ON "056" (VA 2-100-903)
## (17 U.S.C. §1202(b))

167.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

168.     Denied and Defendants hereby demand strict proof thereof.

169.     Denied and Defendants hereby demand strict proof thereof.

170.     Denied and Defendants hereby demand strict proof thereof.

## COUNT XX
## ALTERATION AND CONCEALMENT OF CMI ON "056a" (VA 2-100-903)
## (17 U.S.C. §1202(b))

171.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

172.     Denied and Defendants hereby demand strict proof thereof.

173.     Denied and Defendants hereby demand strict proof thereof.

174.     Denied and Defendants hereby demand strict proof thereof.

## COUNT XXI
## ALTERATION AND CONCEALMENT OF CMI ON "057" (VA 2-100-903)
## (17 U.S.C. §1202(b))

175.   Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

176.   Denied and Defendants hereby demand strict proof thereof.

177.   Denied and Defendants hereby demand strict proof thereof.

178.   Denied and Defendants hereby demand strict proof thereof.

## COUNT XXII
## ALTERATION AND CONCEALMENT OF CMI ON "060" (VA 2-100-903)
## (17 U.S.C. §1202(b))

179.   Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

180.   Denied and Defendants hereby demand strict proof thereof.

181.   Denied and Defendants hereby demand strict proof thereof.

182.   Denied and Defendants hereby demand strict proof thereof.

## COUNT XXIII
## ALTERATION AND CONCEALMENT OF CMI ON "Admiral's Cove Entrance"
## (VA 1-967-114)
## (17 U.S.C. §1202(b)(1))

183.   Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

184.   Denied and Defendants hereby demand strict proof thereof.

185.   Denied and Defendants hereby demand strict proof thereof.

186.   Denied and Defendants hereby demand strict proof thereof.

## COUNT XXIV
## ALTERATION AND CONCEALMENT OF CMI ON "11147 Old Harbour Rd"
## (VA 1-967-114)
## (17 U.S.C. §1202(b)(1))

187.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

188.     Denied and Defendants hereby demand strict proof thereof.

189.     Denied and Defendants hereby demand strict proof thereof.

190.     Denied and Defendants hereby demand strict proof thereof.

## COUNT XXV
## ALTERATION AND CONCEALMENT OF CMI ON "Admiral's Cove Marina"
## (VA 1-947-095)
## (17 U.S.C. §1202(b)(1))

191.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

192.     Denied and Defendants hereby demand strict proof thereof.

193.     Denied and Defendants hereby demand strict proof thereof.

194.     Denied and Defendants hereby demand strict proof thereof.

## COUNT XXVI
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 004"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

195.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

196.     Denied and Defendants hereby demand strict proof thereof.

197.     Denied and Defendants hereby demand strict proof thereof.

198.     Denied and Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 17

### COUNT XXVII
### ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 010"
### (VA 2-140-225)
### (17 U.S.C. §1202(b)(1))

199.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

200.     Denied and Defendants hereby demand strict proof thereof.

201.     Denied and Defendants hereby demand strict proof thereof.

202.     Denied and Defendants hereby demand strict proof thereof.

### COUNT XXVIII
### ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 010b"
### (VA 2-140-225)
### (17 U.S.C. §1202(b)(1))

203.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

204.     Denied and Defendants hereby demand strict proof thereof.

205.     Denied and Defendants hereby demand strict proof thereof.

206.     Denied and Defendants hereby demand strict proof thereof.

### COUNT XXIX
### ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 010c"
### (VA 2-140-225)
### (17 U.S.C. §1202(b)(1))

207.     Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

208.     Denied and Defendants hereby demand strict proof thereof.

209.     Denied and Defendants hereby demand strict proof thereof.

210.     Denied and Defendants hereby demand strict proof thereof.

## COUNT XXX
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 010d"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

211.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

212.    Denied and Defendants hereby demand strict proof thereof.

213.    Denied and Defendants hereby demand strict proof thereof.

214.    Denied and Defendants hereby demand strict proof thereof.

## COUNT XXXI
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 014"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

215.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

216.    Denied and Defendants hereby demand strict proof thereof.

217.    Denied and Defendants hereby demand strict proof thereof.

218.    Denied and Defendants hereby demand strict proof thereof.

## COUNT XXXII
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 015a"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

219.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

220.    Denied and Defendants hereby demand strict proof thereof.

221.    Denied and Defendants hereby demand strict proof thereof.

222.    Denied and Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 19

## COUNT XXXIII
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 016"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

223.   Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

224.   Denied and Defendants hereby demand strict proof thereof.

225.   Denied and Defendants hereby demand strict proof thereof.

226.   Denied and Defendants hereby demand strict proof thereof.

## COUNT XXXIV
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 018"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

227.   Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

228.   Denied and Defendants hereby demand strict proof thereof.

229.   Denied and Defendants hereby demand strict proof thereof.

230.   Denied and Defendants hereby demand strict proof thereof.

## COUNT XXXV
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 020"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

231.   Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

232.   Denied and Defendants hereby demand strict proof thereof.

233.   Denied and Defendants hereby demand strict proof thereof.

234.   Denied and Defendants hereby demand strict proof thereof.

## COUNT XXXVI
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 033"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

235.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

236.    Denied and Defendants hereby demand strict proof thereof.

237.    Denied and Defendants hereby demand strict proof thereof.

238.    Denied and Defendants hereby demand strict proof thereof.

## COUNT XXXVII
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 035b"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

239.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

240.    Denied and Defendants hereby demand strict proof thereof.

241.    Denied and Defendants hereby demand strict proof thereof.

242.    Denied and Defendants hereby demand strict proof thereof.

## COUNT XXXVIII
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 037"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

243.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

244.    Denied and Defendants hereby demand strict proof thereof.

245.    Denied and Defendants hereby demand strict proof thereof.

246.    Denied and Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 21

## COUNT XXXIX
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 039"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

247.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

248.    Denied and Defendants hereby demand strict proof thereof.

249.    Denied and Defendants hereby demand strict proof thereof.

250.    Denied and Defendants hereby demand strict proof thereof.

## COUNT XL
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 041"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

251.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

252.    Denied and Defendants hereby demand strict proof thereof.

253.    Denied and Defendants hereby demand strict proof thereof.

254.    Denied and Defendants hereby demand strict proof thereof.

## COUNT XLI
## ALTERATION AND CONCEALMENT OF CMI ON "11703 San Sovino Ct 042"
## (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

255.    Defendants re-aver and reaffirm each of their responses to the allegations set forth by Plaintiff in paragraphs 1-69 above as if set forth fully herein.

256.    Denied and Defendants hereby demand strict proof thereof.

257.    Denied and Defendants hereby demand strict proof thereof.

258.    Denied and Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 22

## **AFFIRMATIVE DEFENSES**

1.  Plaintiff fails to state a claim against Defendants upon which relief can be granted.

2.  Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

3.  Plaintiff's claims are barred to the extent that the allegedly unlawful or infringing use of the images/materials at issue was licensed or otherwise authorized by persons or entities with the right to license or authorize such use.

4.  Plaintiff's claims are barred by the doctrine of fair use.

5.  Plaintiff's copyrights are invalid and/or unenforceable.

6.  Plaintiff's claims are barred under the Digital Millennium Copyright Act, 17 U.S.C. §512.

7.  To the extent Plaintiff suffered any damages, which these Defendants expressly deny, Plaintiff has failed to take the steps necessary to mitigate the damages sustained.

8.  Plaintiff's claims are barred to the extent it has forfeited or abandoned its intellectual property.

9.  Plaintiff's claims are barred by the doctrine of misuse of copyright.

10. Plaintiff's claims are barred, in whole or in part, because Defendants' conduct was in good faith and with non-willful intent, at all times.

11. One or more of the allegedly infringed works lacks creativity and is thus, not copyrightable.

12. Plaintiff's claims are barred by the doctrine of *de minimis* use.

13. Plaintiff's claims are barred by the common source doctrine.

14. Plaintiff's claims are barred because the alleged infringement was not caused by a

volitional act attributable to these Defendants.

15. Some or all of the Plaintiff's works have been released to the public domain and are available on the internet by other sources such that it could be said that Defendants' use is a fair use for which no claim of infringement will lie or the use is protected by the first sale doctrine.

16. Defendants acted in good faith and without any intent to infringe upon Plaintiff's works.

17. Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, laches, waiver, and/or estoppel.

18. Plaintiff's prayer for statutory damages and attorney's fees under the Copyright Act is barred to the extent the alleged copyrights at issue do not meet the registration requirements of the Copyright Act, including 17 USC §412(2).

19. Plaintiff is not entitled to statutory damages or attorneys' fees for failure to timely register its alleged copyrights prior to the alleged commencement of infringing acts.

20. **DEMAND FOR ATTORNEY FEES:** Defendants have retained the undersigned to represent them in this matter and have obligated themselves to pay reasonable attorneys' fees, which fees are recoverable against Plaintiff pursuant to 17 U.S.C. §505.

21. That Defendants' purported agents, to wit – the independent contractors identified in Plaintiff's Complaint, contracted with a nonparty entity over which these Defendants had no oversight, responsibility, and/or control.

22. Plaintiff has failed to join all necessary and/or indispensable parties to this lawsuit.

23. Defendants reserve their right to supplement or amend this answer, including through the addition of further affirmative defenses, based upon the course of discovery and proceedings in this action.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 24

## DEMAND FOR JURY TRIAL

Defendant hereby demands trial by jury of all issues so triable as of right by jury.

DATED this 24th day of September, 2019.

Respectfully submitted,

**KUBICKI DRAPER**
1 East Broward Boulevard, Suite 1600
Ft. Lauderdale, Florida 33301
Direct Line: (954) 713-2323
MJC-KD@kubickidraper.com
mjc@kubickidraper.com
bcb@kubickidraper.com

BY: *Benjamin Cohen*
MICHAEL J. CARNEY
Florida Bar No. 44326
BENJAMIN COHEN
Florida Bar No. 114389
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that we electronically filed the foregoing with the Clerk of the

Court this 24th day of September 2019 by using the CM/ECF system which will send a notice of

electronic filing to counsel of record on the Service List below.

**KUBICKI DRAPER**
1 East Broward Boulevard, Suite 1600
Ft. Lauderdale, Florida 33301
Direct Line: (954) 713-2323
MJC-KD@kubickidraper.com
mjc@kubickidraper.com
bcb@kubickidraper.com
BY: *Benjamin Cohen*
MICHAEL J. CARNEY
Florida Bar No. 44326
BENJAMIN COHEN
Florida Bar No. 114389
*Counsel for Defendants*

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 25

**<u>SERVICE LIST</u>**

Jose R. Vento, Esq.
Terry Marcus Sanks, Esq.
Beusse, Wolter, Sanks, Maire PLLC
390 N. Orange Avenue, Suite 2500
Orlando, FL 32801
jvento@bwsmiplaw.com
tsanks@bwsmiplaw.com
***Counsel for Plaintiff***

Thomas J. Ali, Esq.
Jupiter Legal Advocates
8895 N. Military Trail, Suite 102E
Palm Beach Gardens, FL 33410
tali@jla.legal
***Co-Counsel for Defendants***