**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No.: 9:19-cv-80820-RLR

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

      Plaintiff,

vs.

SIGNATURE PROPERTIES OF THE PALM
BEACHES, LLC, CLAYTON G.
HAVILAND, KAREN PESKA, JUDI COLLINS,
BILL FLETCHER, and CINDY FLETCHER

      Defendants.

_____/

## DEFENDANTS BILL FLETCHER AND CINDY FLETCHER'S ANSWER AND AFFIRMATIVE DEFENSES

COME NOW, the Defendants, **BILL FLETCHER** and **CINDY FLETCHER**, (collectively, the "Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 8 (b), file their answer and affirmative defenses to Plaintiff, AFFORDABLE AERIAL PHOTOGRAPHY, INC.'s (hereinafter, the "Plaintiff") Second Amended Complaint (D.E. 48) as follows:

### NATURE OF THE ACTION

1.    Admitted that the Plaintiff purports to allege claims for copyright infringement and alteration of copyright management information but denied that the Plaintiff has stated such claims.

2.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

3.    Without sufficient information or knowledge to form a belief as to the truth of the

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 2

averments, and therefore the Defendants deny this allegation.

4.      Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

5.      Denied as phrased and the Defendants hereby demand strict proof thereof.

6.      Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

7.      Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

8.      Denied and the Defendants hereby demand strict proof thereof.

9.      Denied and the Defendants hereby demand strict proof thereof.

10.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

## JURISDICTION AND VENUE

11.     Admitted for jurisdictional purposes only.

12.     Admitted for jurisdictional purposes only, the Defendants deny the remainder.

13.     Admitted for jurisdictional purposes only, the Defendants deny the remainder.

14.     Admitted for jurisdictional purposes only, the Defendants deny the remainder.

## PARTIES

15.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

16.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

17.     Without sufficient information or knowledge to form a belief as to the truth of the

averments, and therefore the Defendants deny this allegation.

18.    Admitted.

19.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

20.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

## THE COPYRIGHTED WORKS AT ISSUE

### 119 Spinnaker Lane

21.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

22.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

23.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

### 11147 Old Harbour Rd. and Admirals Cove Entrance

24.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

25.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

26.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

27.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

28.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

**Admirals Cove Marina**

29.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

30.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

**146 Spyglass Lane**

31.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

32.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

33.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

**11703 San Sovino Court**

34.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

35.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

36.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

## FACTUAL BACKGROUND

37.     Without sufficient information or knowledge to form a belief as to the truth of the

averments, and therefore the Defendants deny this allegation.

38.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

39.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

40.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

41.    Admitted that the Defendant Collins contacted the Defendant Bill Fletcher to create a website but without sufficient information or knowledge to form a belief as to the truth of the remaining averments, and therefore the Defendants deny those allegations.

42.    Admitted that the Defendant Bill Fletcher created the jupiterproperties.com website at the direction of the Defendant Collins but without sufficient information or knowledge to form a belief as to the truth of the remaining averments, and therefore the Defendants deny those allegations.

43.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

44.    Denied and the Defendants hereby demand strict proof thereof.

45.    Denied and the Defendants hereby demand strict proof thereof.

46.    Denied as phrased and the Defendants hereby demand strict proof thereof.

47.    Denied and the Defendants hereby demand strict proof thereof.

48.    Denied and the Defendants hereby demand strict proof thereof.

49.    Denied and the Defendants hereby demand strict proof thereof.

50.    Denied as phrased and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 6

51.  Denied and the Defendants hereby demand strict proof thereof.

52.  Denied and the Defendants hereby demand strict proof thereof.

53.  Denied as phrased and the Defendants hereby demand strict proof thereof.

54.  Denied and the Defendants hereby demand strict proof thereof.

55.  Denied as phrased and the Defendants hereby demand strict proof thereof.

56.  Denied and the Defendants hereby demand strict proof thereof.

57.  Denied and the Defendants hereby demand strict proof thereof.

58.  Denied as phrased and the Defendants hereby demand strict proof thereof.

59.  Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

60.  Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

61.  Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

62.  Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

63.  Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

64.  Denied and the Defendants hereby demand strict proof thereof.

65.  Denied and the Defendants hereby demand strict proof thereof.

**DEFENDANTS' ACTIONS POST NOTICE**

66.  Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

67.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

68.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

69.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

70.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

71.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

72.     Admitted that these Defendants received a correspondence from the Plaintiff, though the contents, scope, nature, and date of the same are unknown at this time.

73.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

74.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

75.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

76.     Denied and the Defendants hereby demand strict proof thereof.

77.     Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

## COUNT I
## COPYRIGHT INFRINGEMENT OF VA 2-100-903
## (17 U.S.C. §501)

78.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

79.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

80.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

81.    Denied and the Defendants hereby demand strict proof thereof.

82.    Denied and the Defendants hereby demand strict proof thereof.

83.    Denied and the Defendants hereby demand strict proof thereof.

84.    Denied and the Defendants hereby demand strict proof thereof.

85.    Denied and the Defendants hereby demand strict proof thereof.

86.    Denied and the Defendants hereby demand strict proof thereof.

## COUNT II
## COPYRIGHT INFRINGEMENT OF VA 1-967-114
## (17 U.S.C. §501)

87.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

88.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

89.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

90.    Denied and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 9

91.   Denied and the Defendants hereby demand strict proof thereof.

92.   Denied and the Defendants hereby demand strict proof thereof.

93.   Denied and the Defendants hereby demand strict proof thereof.

94.   Denied and the Defendants hereby demand strict proof thereof.

95.   Denied and the Defendants hereby demand strict proof thereof.

96.   Denied and the Defendants hereby demand strict proof thereof.

97.   Denied and the Defendants hereby demand strict proof thereof.

## COUNT III
## COPYRIGHT INFRINGEMENT OF VA 1-947-095
## (17 U.S.C. §501)

98.   The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

99.   Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

100.   Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

101.   Denied and the Defendants hereby demand strict proof thereof.

102.   Denied and the Defendants hereby demand strict proof thereof.

103.   Denied and the Defendants hereby demand strict proof thereof.

104.   Denied and the Defendants hereby demand strict proof thereof.

105.   Denied and the Defendants hereby demand strict proof thereof.

106.   Denied and the Defendants hereby demand strict proof thereof.

## COUNT IV
## COPYRIGHT INFRINGEMENT OF VA 2-140-307
## (17 U.S.C. §501)

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 10

107.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

108.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

109.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

110.    Denied and the Defendants hereby demand strict proof thereof.

111.    Denied and the Defendants hereby demand strict proof thereof.

112.    Denied and the Defendants hereby demand strict proof thereof.

113.    Denied and the Defendants hereby demand strict proof thereof.

114.    Denied and the Defendants hereby demand strict proof thereof.

115.    Denied and the Defendants hereby demand strict proof thereof.

<u>**COUNT V**</u>
<u>**COPYRIGHT INFRINGEMENT OF VA 2-140-225**</u>
<u>**(17 U.S.C. §501)**</u>

116.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

117.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

118.    Without sufficient information or knowledge to form a belief as to the truth of the averments, and therefore the Defendants deny this allegation.

119.    Denied and the Defendants hereby demand strict proof thereof.

120.    Denied and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 11

121.   Denied and the Defendants hereby demand strict proof thereof.

122.   Denied and the Defendants hereby demand strict proof thereof.

123.   Denied and the Defendants hereby demand strict proof thereof.

124.   Denied and the Defendants hereby demand strict proof thereof.

**COUNT VI**
**ALTERATION AND CONCEALMENT OF**
**CMI ON "012" (VA 2-100-903)**
**(17 U.S.C. §1202(b))**

125.   The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

126.   Denied and the Defendants hereby demand strict proof thereof.

127.   Denied and the Defendants hereby demand strict proof thereof.

128.   Denied and the Defendants hereby demand strict proof thereof.

**COUNT VII**
**ALTERATION AND CONCEALMENT OF**
**CMI ON "019" (VA 2-100-903)**
**(17 U.S.C. §1202(b))**

129.   The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

130.   Denied and the Defendants hereby demand strict proof thereof.

131.   Denied and the Defendants hereby demand strict proof thereof.

132.   Denied and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 12

## COUNT VIII
## ALTERATION AND CONCEALMENT OF
## CMI ON "021b copy" (VA 2-100-903)
## (17 U.S.C. §1202(b))

133.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

134.    Denied and the Defendants hereby demand strict proof thereof.

135.    Denied and the Defendants hereby demand strict proof thereof.

136.    Denied and the Defendants hereby demand strict proof thereof.

## COUNT IX
## ALTERATION AND CONCEALMENT OF
## CMI ON "026" (VA 2-100-903)
## (17 U.S.C. §1202(b))

137.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

138.    Denied and the Defendants hereby demand strict proof thereof.

139.    Denied and the Defendants hereby demand strict proof thereof.

140.    Denied and the Defendants hereby demand strict proof thereof.

## COUNT X
## ALTERATION AND CONCEALMENT OF
## CMI ON "027" (VA 2-100-903)
## (17 U.S.C. §1202(b))

141.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

142.    Denied and the Defendants hereby demand strict proof thereof.

143.    Denied and the Defendants hereby demand strict proof thereof.

144.    Denied and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 13

### COUNT XI
### ALTERATION AND CONCEALMENT OF
### CMI ON "028" (VA 2-100-903)
### (17 U.S.C. §1202(b))

145.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

146.    Denied and the Defendants hereby demand strict proof thereof.

147.    Denied and the Defendants hereby demand strict proof thereof.

148.    Denied and the Defendants hereby demand strict proof thereof.

### COUNT XII
### ALTERATION AND CONCEALMENT OF
### CMI ON "030" (VA 2-100-903)
### (17 U.S.C. §1202(b))

149.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

150.    Denied and the Defendants hereby demand strict proof thereof.

151.    Denied and the Defendants hereby demand strict proof thereof.

152.    Denied and the Defendants hereby demand strict proof thereof.

### COUNT XIII
### ALTERATION AND CONCEALMENT OF
### CMI ON "031" (VA 2-100-903)
### (17 U.S.C. §1202(b))

153.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

154.    Denied and the Defendants hereby demand strict proof thereof.

155.    Denied and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 14

156.    Denied and the Defendants hereby demand strict proof thereof.

## COUNT XIV
## ALTERATION AND CONCEALMENT OF
## CMI ON "032" (VA 2-100-903)
## (17 U.S.C. §1202(b))

157.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

158.    Denied and the Defendants hereby demand strict proof thereof.

159.    Denied and the Defendants hereby demand strict proof thereof.

160.    Denied and the Defendants hereby demand strict proof thereof.

## COUNT XV
## ALTERATION AND CONCEALMENT OF
## CMI ON "035" (VA 2-100-903)
## (17 U.S.C. §1202(b))

161.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

162.    Denied and the Defendants hereby demand strict proof thereof.

163.    Denied and the Defendants hereby demand strict proof thereof.

164.    Denied and the Defendants hereby demand strict proof thereof.

## COUNT XVI
## ALTERATION AND CONCEALMENT OF
## CMI ON "036" (VA 2-100-903)
## (17 U.S.C. §1202(b))

165.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

166.    Denied and the Defendants hereby demand strict proof thereof.

167.    Denied and the Defendants hereby demand strict proof thereof.

168.    Denied and the Defendants hereby demand strict proof thereof.

### COUNT XVII
### ALTERATION AND CONCEALMENT OF
### CMI ON "050" (VA 2-100-903)
### (17 U.S.C. §1202(b))

169.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

170.    Denied and the Defendants hereby demand strict proof thereof.

171.    Denied and the Defendants hereby demand strict proof thereof.

172.    Denied and the Defendants hereby demand strict proof thereof.

### COUNT XVIII
### ALTERATION AND CONCEALMENT OF
### CMI ON "055" (VA 2-100-903)
### (17 U.S.C. §1202(b))

173.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

174.    Denied and the Defendants hereby demand strict proof thereof.

175.    Denied and the Defendants hereby demand strict proof thereof.

176.    Denied and the Defendants hereby demand strict proof thereof.

### COUNT XIX
### ALTERATION AND CONCEALMENT OF
### CMI ON "056" (VA 2-100-903)
### (17 U.S.C. §1202(b))

177.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

178.    Denied and the Defendants hereby demand strict proof thereof.

179.    Denied and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 16

180.    Denied and the Defendants hereby demand strict proof thereof.

**COUNT XX**
**ALTERATION AND CONCEALMENT OF**
**CMI ON "056a" (VA 2-100-903)**
**(17 U.S.C. §1202(b))**

181.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

182.    Denied and the Defendants hereby demand strict proof thereof.

183.    Denied and the Defendants hereby demand strict proof thereof.

184.    Denied and the Defendants hereby demand strict proof thereof.

**COUNT XXI**
**ALTERATION AND CONCEALMENT OF**
**CMI ON "057" (VA 2-100-903)**
**(17 U.S.C. §1202(b))**

185.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

186.    Denied and the Defendants hereby demand strict proof thereof.

187.    Denied and the Defendants hereby demand strict proof thereof.

188.    Denied and the Defendants hereby demand strict proof thereof.

**COUNT XXII**
**ALTERATION AND CONCEALMENT OF**
**CMI ON "060" (VA 2-100-903)**
**(17 U.S.C. §1202(b))**

189.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

190.    Denied and the Defendants hereby demand strict proof thereof.

191.    Denied and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 17

192.    Denied and the Defendants hereby demand strict proof thereof.

## COUNT XXIII
## ALTERATION AND CONCEALMENT OF
## CMI ON "Admiral's Cove Entrance" (VA 1-967-114)
## (17 U.S.C. §1202(b)(1))

193.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

194.    Denied and the Defendants hereby demand strict proof thereof.

195.    Denied and the Defendants hereby demand strict proof thereof.

196.    Denied and the Defendants hereby demand strict proof thereof.

## COUNT XXIV
## ALTERATION AND CONCEALMENT OF
## CMI ON "11147 Old Harbour Rd" (VA 1-967-114)
## (17 U.S.C. §1202(b)(1))

197.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

198.    Denied and the Defendants hereby demand strict proof thereof.

199.    Denied and the Defendants hereby demand strict proof thereof.

200.    Denied and the Defendants hereby demand strict proof thereof.

## COUNT XXV
## ALTERATION AND CONCEALMENT OF
## CMI ON "Admiral's Cove Marina" (VA 1-947-095)
## (17 U.S.C. §1202(b)(1))

201.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

202.    Denied and the Defendants hereby demand strict proof thereof.

203.    Denied and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 18

204.    Denied and the Defendants hereby demand strict proof thereof.

**COUNT XXVI**
**ALTERATION AND CONCEALMENT OF**
**CMI ON "11703 San Sovino Ct 004" (VA 2-140-225)**
**(17 U.S.C. §1202(b)(1))**

205.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

206.    Denied and the Defendants hereby demand strict proof thereof.

207.    Denied and the Defendants hereby demand strict proof thereof.

208.    Denied and the Defendants hereby demand strict proof thereof.

**COUNT XXVII**
**ALTERATION AND CONCEALMENT OF**
**CMI ON "11703 San Sovino Ct 010" (VA 2-140-225)**
**(17 U.S.C. §1202(b)(1))**

209.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

210.    Denied and the Defendants hereby demand strict proof thereof.

211.    Denied and the Defendants hereby demand strict proof thereof.

212.    Denied and the Defendants hereby demand strict proof thereof.

**COUNT XXVIII**
**ALTERATION AND CONCEALMENT OF**
**CMI ON "11703 San Sovino Ct 010b" (VA 2-140-225)**
**(17 U.S.C. §1202(b)(1))**

213.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

214.    Denied and the Defendants hereby demand strict proof thereof.

215.    Denied and the Defendants hereby demand strict proof thereof.

216.   Denied and the Defendants hereby demand strict proof thereof.

## COUNT XXIX
## ALTERATION AND CONCEALMENT OF
## CMI ON "11703 San Sovino Ct 010c" (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

217.   The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

218.   Denied and the Defendants hereby demand strict proof thereof.

219.   Denied and the Defendants hereby demand strict proof thereof.

220.   Denied and the Defendants hereby demand strict proof thereof.

## COUNT XXX
## ALTERATION AND CONCEALMENT OF
## CMI ON "11703 San Sovino Ct 010d" (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

221.   The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

222.   Denied and the Defendants hereby demand strict proof thereof.

223.   Denied and the Defendants hereby demand strict proof thereof.

224.   Denied and the Defendants hereby demand strict proof thereof.

## COUNT XXXI
## ALTERATION AND CONCEALMENT OF
## CMI ON "11703 San Sovino Ct 014" (VA 2-140-225)
## (17 U.S.C. §1202(b)(1))

225.   The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

226.   Denied and the Defendants hereby demand strict proof thereof.

227.   Denied and the Defendants hereby demand strict proof thereof.

228.     Denied and the Defendants hereby demand strict proof thereof.

### COUNT XXXII
### ALTERATION AND CONCEALMENT OF
### CMI ON "11703 San Sovino Ct 015a" (VA 2-140-225)
### (17 U.S.C. §1202(b)(1))

229.     The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

230.     Denied and the Defendants hereby demand strict proof thereof.

231.     Denied and the Defendants hereby demand strict proof thereof.

232.     Denied and the Defendants hereby demand strict proof thereof.

### COUNT XXXIII
### ALTERATION AND CONCEALMENT OF
### CMI ON "11703 San Sovino Ct 016" (VA 2-140-225)
### (17 U.S.C. §1202(b)(1))

233.     The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

234.     Denied and the Defendants hereby demand strict proof thereof.

235.     Denied and the Defendants hereby demand strict proof thereof.

236.     Denied and the Defendants hereby demand strict proof thereof.

### COUNT XXXIV
### ALTERATION AND CONCEALMENT OF
### CMI ON "11703 San Sovino Ct 018" (VA 2-140-225)
### (17 U.S.C. §1202(b)(1))

237.     The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

238.     Denied and the Defendants hereby demand strict proof thereof.

239.     Denied and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 21

240.     Denied and the Defendants hereby demand strict proof thereof.

**COUNT XXXV
ALTERATION AND CONCEALMENT OF
CMI ON "11703 San Sovino Ct 020" (VA 2-140-225)
(17 U.S.C. §1202(b)(1))**

241.     The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

242.     Denied and the Defendants hereby demand strict proof thereof.

243.     Denied and the Defendants hereby demand strict proof thereof.

244.     Denied and the Defendants hereby demand strict proof thereof.

**COUNT XXXVI
ALTERATION AND CONCEALMENT OF
CMI ON "11703 San Sovino Ct 033" (VA 2-140-225)
(17 U.S.C. §1202(b)(1))**

245.     The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

246.     Denied and the Defendants hereby demand strict proof thereof.

247.     Denied and the Defendants hereby demand strict proof thereof.

248.     Denied and the Defendants hereby demand strict proof thereof.

**COUNT XXXVII
ALTERATION AND CONCEALMENT OF
CMI ON "11703 San Sovino Ct 035b" (VA 2-140-225)
(17 U.S.C. §1202(b)(1))**

249.     The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

250.     Denied and the Defendants hereby demand strict proof thereof.

251.     Denied and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 22

252.    Denied and the Defendants hereby demand strict proof thereof.

### COUNT XXXVIII
### ALTERATION AND CONCEALMENT OF
### CMI ON "11703 San Sovino Ct 037" (VA 2-140-225)
### (17 U.S.C. §1202(b)(1))

253.    The Defendants re-aver and reaffirm each of their responses to the allegations set

forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

254.    Denied and the Defendants hereby demand strict proof thereof.

255.    Denied and the Defendants hereby demand strict proof thereof.

256.    Denied and the Defendants hereby demand strict proof thereof.

### COUNT XXXIX
### ALTERATION AND CONCEALMENT OF
### CMI ON "11703 San Sovino Ct 039" (VA 2-140-225)
### (17 U.S.C. §1202(b)(1))

257.    The Defendants re-aver and reaffirm each of their responses to the allegations set

forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

258.    Denied and the Defendants hereby demand strict proof thereof.

259.    Denied and the Defendants hereby demand strict proof thereof.

260.    Denied and the Defendants hereby demand strict proof thereof.

### COUNT XL
### ALTERATION AND CONCEALMENT OF
### CMI ON "11703 San Sovino Ct 041" (VA 2-140-225)
### (17 U.S.C. §1202(b)(1))

261.    The Defendants re-aver and reaffirm each of their responses to the allegations set

forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

262.    Denied and the Defendants hereby demand strict proof thereof.

263.    Denied and the Defendants hereby demand strict proof thereof.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 23

264.    Denied and the Defendants hereby demand strict proof thereof.

### COUNT XLI
### ALTERATION AND CONCEALMENT OF
### CMI ON "11703 San Sovino Ct 042" (VA 2-140-225)
### (17 U.S.C. §1202(b)(1))

265.    The Defendants re-aver and reaffirm each of their responses to the allegations set forth by the Plaintiff in paragraphs 1-69 above as if set forth fully herein.

266.    Denied and the Defendants hereby demand strict proof thereof.

267.    Denied and the Defendants hereby demand strict proof thereof.

268.    Denied and the Defendants hereby demand strict proof thereof.

### AFFIRMATIVE DEFENSES

1.    The Plaintiff fails to state a claim against the Defendants upon which relief can be granted.

2.    The Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

3.    The Plaintiff's claims are barred to the extent that the allegedly unlawful or infringing use of the images/materials at issue was licensed or otherwise authorized by persons or entities with the right to license or authorize such use.

4.    The Plaintiff's claims are barred by the doctrine of fair use.

5.    The Plaintiff's copyrights are invalid and/or unenforceable.

6.    The Plaintiff's claims are barred under the Digital Millennium Copyright Act, 17 U.S.C. §512.

7.    To the extent the Plaintiff suffered any damages, which these Defendants expressly deny, the Plaintiff has failed to take the steps necessary to mitigate the damages sustained.

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 24

8.   The Plaintiff's claims are barred to the extent it has forfeited or abandoned its intellectual property.

9.   The Plaintiff's claims are barred by the doctrine of misuse of copyright.

10. The Plaintiff's claims are barred, in whole or in part, because the Defendants' conduct was in good faith and with non-willful intent, at all times.

11. One or more of the allegedly infringed works lacks creativity and is thus, not copyrightable.

12. The Plaintiff's claims are barred by the doctrine of *de minimis* use.

13. The Plaintiff's claims are barred by the common source doctrine.

14. The Plaintiff's claims are barred because the alleged infringement was not caused by a volitional act attributable to these Defendants.

15. Some or all of the Plaintiff's works have been released to the public domain and are available on the internet by other sources such that it could be said that the Defendants' use is a fair use for which no claim of infringement will lie or the use is protected by the first sale doctrine.

16. The Defendants acted in good faith and without any intent to infringe upon the Plaintiff's works.

17. The Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, laches, waiver, and/or estoppel.

18. The Plaintiff's prayer for statutory damages and attorney's fees under the Copyright Act is barred to the extent the alleged copyrights at issue do not meet the registration requirements of the Copyright Act, including 17 USC §412(2).

19. The Plaintiff is not entitled to statutory damages or attorneys' fees for failure to

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 25

timely register its alleged copyrights prior to the alleged commencement of infringing acts.

20. The Plaintiff has failed to join all necessary and/or indispensable parties to this lawsuit.

21. The Defendants reserve their right to supplement or amend this answer, including through the addition of further affirmative defenses, based upon the course of discovery and proceedings in this action.

### DEMAND FOR ATTORNEY FEES

The Defendants have retained the undersigned to represent them in this matter and have obligated themselves to pay reasonable attorneys' fees, which fees are recoverable against the Plaintiff pursuant to 17 U.S.C. §505.

### DEMAND FOR JURY TRIAL

The Defendants hereby demand trial by jury of all issues so triable as of right by jury.

DATED this 22nd day of January, 2020.

Respectfully submitted,

**ROONEY & ROONEY, P.A.**
1517 20th Street
Vero Beach, Florida  32960
(772) 778-5400 ~ (772) 778-5290 (fax)
Attorneys for Bill and Cindy Fletcher

By: _____
J. Garry Rooney
FBN:  133574
Kelley H. Armitage
FBN:  966762
Attorneys@RooneyandRooneyLaw.com

*Affordable Aerial Photography, Inc. vs. Signature Properties Of The Palm Beaches, et al.*
Case No.: 9:19-cv-80820-RLR
Page 26

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that we electronically filed the foregoing with the Clerk of the Court this 22nd day of January 2020 by using the CM/ECF system which will send a notice of electronic filing to counsel of record on the Service List below.

**ROONEY & ROONEY, P.A.**
1517 20th Street
Vero Beach, Florida 32960
(772) 778-5400 ~ (772) 778-5290 (fax)
Attorneys for Bill and Cindy Fletcher

By: _____
J. Garry Rooney
FBN: 133574
Kelley H. Armitage
FBN: 966762
Attorneys@RooneyandRooneyLaw.com

### SERVICE LIST

Jackson O. Brownlee, Esq.
Terry Marcus Sanks, Esq.
Beusse, Wolter, Sanks, Maire PLLC
390 N. Orange Avenue, Suite 2500
Orlando, FL 32801
jbrownlee@bwsmiplaw.com
tsanks@bwsmiplaw.com
*Counsel for Plaintiff*

Thomas J. Ali, Esq.
Jupiter Legal Advocates
8895 N. Military Trail, Suite 102E
Palm Beach Gardens, FL 33410
tali@jla.legal
*Counsel for Signature Properties*
*Counsel for Haviland*
*Counsel for Collins*

Michael J. Carney
Benjamin Cohen
Kubicki Draper
1 East Broward Boulevard, Suite 1600
Ft. Lauderdale, Florida 33301
MJC-KD@kubickidraper.com
mjc@kubickidraper.com
bcb@kubickidraper.com
***Counsel for Signature Properties***
***Counsel for Haviland***